**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

CLARENCE RAYMOND LUNDY
REG. #08289-003                                                                                            PETITIONER

VS.                                    2:05CV00341 JTR

LINDA SANDERS, Warden,
FCI, Forrest City, Arkansas                                                                           RESPONDENT

**JUDGMENT**

Pursuant to the Memorandum Order filed in this matter, IT IS CONSIDERED, ORDERED, AND ADJUDGED that:

1.   Petitioner's Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2241, is GRANTED; and

2.   Respondent is directed to: (a) consider, in good faith, transferring Petitioner to a CCC for the last six months of his sentence in accordance with the statutory factors found at 18 U.S.C. § 3621(b); and (b) place Petitioner in conditions that will afford him a reasonable opportunity to adjust to and prepare for his reentry into the community during a reasonable part of the last ten percent of his term, to the extent practicable, not to exceed six months.

Dated this 28th day of April, 2006.

_____
UNITED STATES MAGISTRATE JUDGE